UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL HALL and JOHN OATES, *et al.*,

                    Plaintiffs,

-v-

WARNER/CHAPPELL MUSIC, INC., as successor-in-interest to DUNBAR MUSIC, INC.,

                      Defendant.

No. 08 Civ. 10521 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the conference with the Court, presently scheduled for May 12, 2009 at 9:30 a.m., is adjourned to May 15, 2009 at 2:30 p.m.

SO ORDERED.

Dated:    May 4, 2009
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09