```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE        5/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL HALL and JOHN OATES, *et al.*,

                Plaintiffs,

-v-

WARNER/CHAPPELL MUSIC, INC., as successor-in-interest to DUNBAR MUSIC, INC.,

                Defendant.

No. 08 Civ. 10521 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that, no later than June 15, 2009, the parties shall submit a case management plan in a form consistent with the Court's form Case Management Plan and Scheduling Order, which can be accessed here:

http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

SO ORDERED.

Dated:    May 15, 2009
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE